The Honorable Robert S. Lasnik

Daniel E. Thenell, WSB #37297
Email: dan@thenelllawgroup.com
Kirsten L. Curtis, WSB #48985
Email: kirsten@thenelllawgroup.com
THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Ste. 320
Portland, OR  97223
Telephone:     (503) 372-6450
Facsimile:      (503) 372-6496

Of Attorneys for Defendant Country Mutual Insurance

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WILLIAM B. HACKETT AND KYOUNG O. HACKETT, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an admitted insurer,<br><br>Defendant. | Case No. 2:16-cv-00423-RSL<br><br>DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>JURY TRIAL REQUESTED |

COMES NOW Defendant Country Mutual Insurance Company, hereinafter "Country Mutual" to admit, deny and allege the following response to Plaintiffs' First Amended Complaint for Declaratory Relief, Breach of Contract, Bad Faith, Violation of IFCA, Violation of the

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES
(W. Wa Case No. 2:16-cv-00423-RSL) – Page 1

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1  Consumer Protection Act and Damages "Complaint". Except as expressly admitted herein,
2  Country Mutual denies each and every allegation of the Complaint.

1.

In response to paragraph 1.1 of the Complaint, Country Mutual admits.

2.

In response to paragraph 1.2 of the Complaint, Country Mutual admits that it is an insurance company properly licensed to transact business in the state of Washington.

3.

In response to paragraphs 2.1 – 2.3, no response is needed. The venue and Plaintiffs are proper in this District.

4.

In response to paragraph 3.1, Country Mutual agrees Plaintiffs seek to establish insurance coverage. Country Mutual denies coverage exists.

5.

In response to paragraph 3.2, Country Mutual admits.

6.

In response to paragraph 3.3, Country Mutual is without information and belief at this time.

7.

In response to paragraph 3.4, Country Mutual is without information and belief at this time.

8.

In response to paragraph 3.5, Country Mutual admits.

9.

In response to paragraph 3.6, Country Mutual admits.

10.

In response to paragraph 3.7, Country Mutual admits a denial was issued on October 26, 2015. A copy was not attached to the Amended Complaint.

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES
(W. Wa Case No. 2:16-cv-00423-RSL) – Page 2

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

11.

In response to paragraph 3.8, Country Mutual denies.

12.

In response to paragraph 3.9, Country Mutual denies.

13.

In response to paragraphs 4.1 – 4.5, the Policy speaks for itself.

14.

In response to paragraphs 4.6 and 4.7, no response is required.

15.

In response to paragraphs 5.1 – 5.3, Country Mutual denies.

16.

In response to paragraph 6.1, no response is needed.

17.

In response to paragraph 6.2, Country Mutual admits.

18.

In response to paragraphs 6.3 and 6.4, Country Mutual denies.

19.

In response to paragraph 7.1, no response is required.

20.

In response to paragraph 7.2, Country Mutual denies.

21.

In response to paragraphs 7.3 – 7.5, Country Mutual admits.

22.

In response to paragraphs 7.6 – 7.7, Country Mutual denies.

23.

In response to paragraph 8.1, no response is required.

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

24.

In response to paragraphs 8.2 – 8.4, Country Mutual denies.

25.

In response to paragraph 9.1, Country Mutual denies in its entirety.

**AFFIRMATIVE DEFENSES**

Having fully answered Plaintiffs' Complaint, and without admitting any matter previously denied, Country Mutual hereby asserts the following defenses and affirmative defenses:

26.

Country Mutual did not violate the obligation of good faith to a policyholder, the Consumer Protection Act, or the Insurance Fair Conduct Act. Plaintiffs' claim is not covered under the applicable policy of insurance.

27.

Country Mutual conducted a reasonable investigation of Plaintiffs' insurance claim.

28.

Plaintiffs' claims outside of this policy period are bared by the suit limitation provision.

29.

Plaintiffs did not make a claim for Windstorm damage, Weight of Ice, Snow, Sleet or Accidental Discharge.

30.

Plaintiffs did not file a police report which is in violation of the policy. Such violation prejudiced Country Mutual.

31.

Country Mutual conducted a reasonable investigation of Plaintiffs' insurance claim.

/ / /

/ / /

/ / /

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

**PRAYER FOR RELIEF**

WHEREFORE, Country Mutual prays for relief as follows:

1. That Plaintiffs' Complaint be dismissed with prejudice.

2. That Country Mutual be awarded its costs and disbursements in defense of this action, including reasonable attorneys' fees, as allowed by law; and

3. That the Court award such other and further relief in favor of Country Mutual and against Plaintiffs as it is deemed just and equitable.

DATED: May 10, 2016, at Portland, Oregon.

THENELL LAW GROUP, P.C.

By: *s. Daniel Thenell*
Daniel E. Thenell, WSB No. 37297
Email: dan@thenelllawgroup.com
Phone: (503) 372-6450
Fax: (503) 372-6496

By: *s/ Kirsten Curtis*
Kirsten L. Curtis, WSB No. 48985
Email: Kirsten@thenelllawgroup.com
Of Attorneys for Defendant Country Mutual

DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES
(W. Wa Case No. 2:16-cv-00423-RSL) – Page 5

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2016, I served the foregoing **DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on:

> Linda L. Foreman
> Bowers Foreman, PLLC
> 5825 60th St., SE
> Snohomish, WA  98290
> Email:  Linda@lindaforeman.com
>    Attorney for Plaintiffs

☑  by electronic means through the Court's Case Management/Electronic Case Filing system on the date set forth above.

___  by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth above.

___  by causing a full, true and correct copy thereof to be hand-delivered to the attorney at the attorney's last-known office address listed above on the date set forth above.

___  by sending a full, true and correct copy thereof via overnight courier in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth above.

___  by faxing a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth above.

THENELL LAW GROUP, P.C.

By: *s/ Daniel E. Thenell*
_____
Daniel E. Thenell, WSB No. 37297
Email:  dan@thenelllawgroup.com

By: *s/ Kirsten L. Curtis*
_____
Kirsten L. Curtis, WSB No. 48985
Email:  Kirsten@thenelllawgroup.com
12909 SW 68th Pkwy, Suite 320
Portland, OR 97223
Phone: (503) 372-6450
Fax: (503) 372-6496
   Of Attorneys for Defendant

CERTIFICATE OF SERVICE (W. Wa Case No. 2:16-cv-00423-RSL) – Page 1

83I483
THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496